UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVIS R. BLANTON** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 12-1673** |
| | * | |
| **SCF WAXLER MARINE, LLC** | * | **SECTION "L"(5)** |

### ORDER

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and it is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS** MUST be notified by counsel not to appear.

New Orleans, Louisiana, this 12th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE